# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1777
_____

Davonta Terrell Allen,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

January 29, 2026

Per Curiam.

Affirmed.

Winokur, M.K. Thomas, and Treadwell, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.